JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GARRETT EDWARD TAPLIN, | No. SA CV 15-01375-CJC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| KIM HOLLAND, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: April 27, 2016

_____
CORMAC J. CARNEY
United States District Judge