UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GARRETT EDWARD TAPLIN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>KIM HOLLAND,<br><br>　　　　　Respondent. | No. SA CV 15-01375-CJC (DFM)<br><br>Second Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: July 27, 2016

_____
CORMAC J. CARNEY
United States District Judge