JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GARRETT EDWARD TAPLIN,<br><br>Petitioner,<br><br>v.<br><br>KIM HOLLAND,<br><br>Respondent. | No. SA CV 15-01375-CJC (DFM)<br><br>JUDGMENT |

Pursuant to the Second Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 27, 2016

_____
CORMAC J. CARNEY
United States District Judge